# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELTON L. MATTHEWS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) 3:14-cv-00622-RCJ-WGC |
| vs. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) **ORDER** |
| JUSTICE et al., | ) |
| | ) |
| Defendants. | ) |

This is a prisoner civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff admits he is subject to the three-strikes filing bar, and he has not alleged being in immediate danger of serious physical injury:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) and the Motion for Preliminary Injunction (ECF No. 5) are DENIED.

IT IS FURTHER ORDERED that the Clerk shall FILE the Complaint (ECF No. 2-1).

IT IS FURTHER ORDERED that the Complaint is DISMISSED without prejudice to

Plaintiff refiling the Complaint in a new action after paying the full filing fee.

      IT IS FURTHER ORDERED that the Clerk shall close the case.

      IT IS SO ORDERED.

Dated this 7th day of May, 2015.

                              _____
                                      ROBERT C. JONES
                                  United States District Judge